IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Dee Ann Heltsley,<br><br>Plaintiff,<br><br>v.<br><br>Provision Living Associates, LLC d/b/a GreenTree at Mt. Vernon,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.: 3:17-cv-121<br><br>**JURY TRIAL DEMANDED** |

# <u>**COMPLAINT**</u>

NOW COMES the plaintiff, Dee Ann Heltsley, by Wham & Wham, her attorneys, and for her Complaint against the defendant, Provision Living Associates, LLC d/b/a GreenTree at Mt. Vernon, states as follows:

## <u>NATURE OF THE ACTION</u>

1. This complaint alleges a claim against the defendant seeking money damages arising out of the defendants' retaliatory and discriminatory discharge of plaintiff's employment after plaintiff suffered a serious health condition for which the Family Medical Leave Act, 29 U.S.C. §§ 2601-54, provides rights and protections.

## <u>THE PARTIES</u>

2. At all times herein, the plaintiff, Dee Ann Heltsley, was a resident of Walnut Hill, Marion County, Illinois, domiciled in Illinois and a citizen of the State of Illinois.

3. Defendant Provision Living Associates, LLC ("Provision") is corporation organized under the laws of the State of Missouri with its principal place of business in the State of Missouri and is, therefore, a citizen of the State of Missouri.

## JURISDICTION

4. Jurisdiction of the court is based upon the Family Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. §§ 2601-54; and in particular, 29 U.S.C. §§ 2615. § 2617(a)(2) of the FMLA gives the district court jurisdiction to hear civil actions brought pursuant to § 2615 of the FMLA. In addition, this action may be brought before this court pursuant to 28 U.S.C. § 1331, which gives the district court jurisdiction over actions that arise under the laws of the United States.

## VENUE

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 in that the employment giving rise to the controversy occurred in Jefferson County, Illinois, within this judicial district.

## FACTUAL BACKGROUND

6. Provision owns and operates GreenTree at Mt. Vernon ("GreenTree"), an assisted living center located at 208 Zachary Drive, Mt. Vernon, Jefferson County, Illinois where plaintiff was employed.

7. In approximately March of 2005, plaintiff became employed by Provision and/or its predecessor in interest, as a cook at GreenTree.

8. On or about August 13, 2016, plaintiff suffered a significant injury to her foot.

9. On or about August 14, 2016, despite her injury, plaintiff reported for work with the defendant and further reported her foot injury to her supervisor.

10. Thereafter, on or about August 14, 2016, plaintiff sought medical care and was diagnosed with a broken foot. Plaintiff's medical provider ordered her off of work until she could be seen by an orthopedist.

11. Immediately after being diagnosed with a broken foot, plaintiff contacted her supervisor at GreenTree and advised that she had a broken foot and that she was ordered off of work by her medical provider. Plaintiff was advised by her supervisor that her shifts would be covered.

12. On or about August 16, 2016, plaintiff saw an orthopedist who confirmed her foot was broken and ordered plaintiff off of work for four weeks.

13. Immediately thereafter, on August 16, 2016, plaintiff provided her employer with actual notice that she was ordered off of work by her orthopedist for a period of four weeks due to a serious health condition, being a broken foot.

15. Plaintiff was unable to perform her job as a cook at GreenTree due to her serious health condition, being a broken foot.

16. On Friday, August 19, 2016, plaintiff was telephoned by the administrator of GreenTree that her employment with defendant was being terminated as a result of "too many absences."

17. The absences for which plaintiff was terminated were absences resulting from a serious health condition, which required plaintiff to be off work for more than three consecutive days and required follow up care with plaintiff's treating medical providers. Thus, plaintiff was entitled to the protections afforded by the FMLA

18. The defendant qualifies as an "employer" as that term is defined in the FMLA, 29 U.S.C. § 2611(4), and that plaintiff is an "eligible employee" as that term is defined in the FMLA, 29 U.S.C. § 2611(2).

19. Plaintiff had "entitlement to leave" as defined in the FMLA, 29 U.S.C. § 2612(1), in that she had a serious health condition that made her unable to perform the functions to the

head cook position to which she was assigned.

20. Defendant has retaliated and discriminated against plaintiff in violation of § 2615(a)(1) and § 2615(a)(2) of the FMLA, in that it charged plaintiff with "too many absences" related to leave for which plaintiff is entitled to FMLA protections.

21. As a proximate result of said retaliation and discrimination, plaintiff has been caused to lose wages and benefits that she otherwise would have earned and will continue into the future to lose wages and benefits.

22. Pursuant to 29 U.S.C. § 2617(a), the defendant is liable to plaintiff for lost wages and benefits, both past and future, along with interest upon such unpaid wages and benefits, in addition to all reasonable attorney's fees, expert witness fees and all other costs associated with this action. In addition to compensatory damages, plaintiff is also entitled to reinstatement of her employment at the same level of pay, seniority and benefits as was afforded prior to her termination.

WHEREFORE, the plaintiff prays this court enter judgment in her favor and against the defendant for unpaid wages and benefits, interest upon said unpaid wages and benefits, liquidated damages and all other compensatory damages in the maximum amounts allowed under § 2617 of the FMLA, and, further, for other relief including reinstatement of employment, as well as her attorneys' fees, expert witness fees and all other costs associated with this lawsuit, in addition to all other relief this court deems just and proper.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

Respectfully submitted,

/s/ Ryan D. Rich
Ryan D. Rich IL #6306824
WHAM & WHAM LAWYERS
212 East Broadway, P.O. Box 549
Centralia, Illinois 62801
Phone: (618) 532-5621
Fax: (618) 532-5055
Email: rdrwhamlawyers@aol.com
*ATTORNEYS FOR PLAINTIFF,*
*DEE ANN HELTSLEY*